IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                             CASE NO.: 1:11cr16-SPM

PEDRO ENRIQUE PEREZ RODRIGUEZ,

   Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Second Motion to Withdraw as Counsel of Record (doc. 295) and the Amended Motion for Order to Appeal In Forma Pauperis (doc. 296). Upon consideration, it is hereby

ORDERED AND ADJUDGED:

1. Defendant's Second Motion to Withdraw as Counsel of Record (doc. 295) is **granted**. Attorney Allan H. Kaye is granted leave to withdraw.

2. The Amended Motion for Order to Appeal In Forma Pauperis (doc. 296) is **granted**.

3. By separate order, the Court will appoint counsel for Defendant under the Criminal Justice Act.

DONE AND ORDERED this 10th day of April, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge