UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF,

-vs-                                    Case Nos. 1:11-cr-00016-WTH-GRJ-2
                                                  1:14-cv-00134-WTH-GRJ-2

PEDRO ENRIQUE PEREZ RODRIGUEZ,

    DEFENDANT.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 12, 2017. (ECF No. 471).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.  Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.  Accordingly, the Magistrate Judge's Report and Recommendation, ECF No. 471, is adopted and incorporated by reference in this order.  Defendant's Motion To Vacate under 28 U.S.C. § 2255 at ECF No. 404 is denied.  The Clerk is directed to close the file in 1:14-cv-00134.

    IT IS SO ORDERED.
    DONE and ORDERED at Gainesville, Florida this 17th day of July, 2017.

                                                *[signature]*
                                          UNITED STATES DISTRICT JUDGE